UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Jose Martinez, individually and on behalf of other employees similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> WORLD FOOD ENTERPRISES, LLC, Margaret Antonik, individually, <br><br> Defendants. | Case No.: 1:15-cv-01363 <br><br> Assigned Judge: Hon. Manish Shah <br><br> Designated Magistrate Judge: Hon. Daniel Martin |

**STIPULATION OF DISMISSAL BETWEEN JOSE MARTINEZ, INDIVIDUALLY AND ON BEHALF OF OTHER EMPLOYEES SIMIARLY SITUATED AND WORLD FOOD ENTERPRISES, LLC AND MARGARET ANTONIK, INDIVIDUALLY**

Plaintiff, Jose Martinez, individually and on behalf of other employees similarly situated and Defendants, World Food Enterprises, LLC and Margaret Antonik, individually (collectively, the "Parties"), by and through their respective undersigned counsel, and pursuant to Rules 41(a)(1)(A)(ii) and 41(a)(1)(B) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal with prejudice of any and all claims between the Parties in the above-captioned action with all Parties to bear their own costs.

This 21st day of July, 2015                    Respectfully submitted,

By:  /s/ Valentin Tito Narvaez, I              By:  /s/ Robert Marcus
    Consumer Law Group, LLC                        Robert B. Marcus, #6304891
    6232 N. Pulaski                                 Michael Maksimovich Atty at Law, P.C.
    Suite 200                                       8643 Ogden Avenue
    Chicago, IL 60646                               (708) 447-1040
    (312) 878-1302                                  (708) 447-1846 – fax
    (888) 270-8983                                  rmarcus@attorneymm.com
    vnarvaez@yourclg.com

*Counsel for Jose Martinez, individually and on behalf of other employees similarly situated*

*Counsel for World Food Enterprises, LLC and Margaret Antonik, individually*